UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

SABINA NOERING, a/k/a SABINE NOERING;
REIS L. ALFOND; and TOWN OF COHASSET,

                Defendants.

Case No. 1:22-cv-11805

**ANSWER**

---

Defendant Reis L. Alfond ("Alfond"), by his attorneys, Sullivan & Worcester LLP, hereby submits his Answer to the Complaint by plaintiff the United States of America, in the above-captioned proceeding as follows:

**Jurisdiction, Parties, and Property**

1. Denies each and every allegation set forth in paragraph 1 of the Complaint as legal conclusions to which no responsive pleading is required.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Complaint.

3. Admits the allegations set forth in paragraph 3 of the Complaint.

4. Denies the allegations set forth in paragraph 4 of the Complaint as legal conclusions to which no responsive pleading is required, except denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Town of Cohasset, Massachusetts.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

## Count One
**(Claim Against Sabina Noering to Reduce Income Tax Liabilities to Judgment)**

6. Repeat and reallege the allegations set forth in paragraphs 1-5 as if fully set forth herein.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the Complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Complaint.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Complaint.

11. Denies the allegations set forth in paragraph 11 of the Complaint as legal conclusions to which no responsive pleading is required. To the extend a response is required, denies knowledge or information sufficient to form a belief as to the truth of the allegations.

## Count Two
**(Claim Against All Parties to Enforce Federal Tax Liens Against the Property)**

12. Repeat and reallege the allegations set forth in paragraphs 1-11 as if fully set forth herein.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16. Denies the allegations set forth in paragraph 16 of the Complaint as legal conclusions to which no responsive pleading is required, except denies that the United States has a superior interest in the Property than Alfond.

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

17. Alfond avers that Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
**(Statute of Limitations)**

18. Alfond avers that the applicable statute of limitations expired prior to the Plaintiff initiating this action by filling the initial complaint on October 21, 2022.

### THIRD AFFIRMATIVE DEFENSE
**(Failure to Record Lien)**

19. Alfond avers that Plaintiff failed to properly record the tax liens at issue.

WHEREFORE, Alfond prays that the Court enter judgment in his favor in all respects, and grant such further relief as the Court may determine.

Dated: December 27, 2022

REIS L. ALFOND
By his attorneys:

/s/ Daniel P. Ryan
Daniel Ryan, BBO #650474
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(T) (617) 338-2457
(F) (617) 338-2880
dryan@sullivanlaw.com

Anna Lea Setz
(To be seeking admission *pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
(T) (212) 660-3020
(F) (212) 660-3001
asetz@sullivanlaw.com

**Certificate of Service**

       I, Daniel P. Ryan, hereby certify that this document(s) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 27, 2022.

                                               /s/ *Daniel P. Ryan*
                                               Daniel P. Ryan