IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-11805 |
| | ) | |
| v. | ) | Judge Denise J. Casper |
| | ) | |
| SABINA NOERING, a/k/a SABINE NOERING; REIS L. ALFOND; and, TOWN OF COHASSET, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

TO WHOM IT MAY CONCERN:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for: the United States of America; Sabina Noering, a/k/a Sabine Noering; Reis L. Alfond; and, Town of Cohasset ("the Parties"), jointly hereby agree and stipulate to the dismissal of the complaint with each party to bear their own costs, including any possible attorneys' fees. The case is being dismissed based upon a settlement agreement. This stipulation has been signed by all parties who have appeared in this action.

AGREED: January 29, 2024

Dated: January 29, 2024

(signatures begin on next page)

1

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff

/s/ *Isabelle Dietz*
Trial Attorney
P.O. Box 55
Washington, D.C. 20044
Phone: (202) 514-3714
Fax: (202) 514-5238
Isabelle.Dietz@usdoj.gov


TOWN OF COHASSET,
Defendant

*/s/ Jeffrey T. Blake (by consent)*
Jeffrey T. Blake
101 Arch St.
Boston, MA 02110
Phone: 617.990.6341
jblake@k-plaw.com


SABINA NOERING,
Defendant

*/s/ D. Sean McMahon (by consent)*
D. Sean McMahon, Esq.
McMahon & Tivnan, PC
100 High Street, Suite 2601
Boston, MA 02110
Phone: (617) 600-5400
Fax: (617) 284-6260
sean@mcmahontivnantaxlaw.com


REIS L. ALFOND,
Defendant

*/s/ Daniel Ryan (by consent)*
Daniel Ryan, BOO #650474
Anna Lea Setz
SULLIVAN & WORCESTER LLP
One Post Office Square

Boston, MA 02109
Phone: (617) 338-2457 (Ryan)
Phone: (212) 660-3020 (Setz)
Fax: (617) 338-2880
dryan@sullivanlaw.com
asetz@sullivanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all parties registered with the Court as set forth on the notice of Electronic Filing.

/s/ *Isabelle Dietz*
ISABELLE DIETZ
Trial Attorney, Tax Division
U.S. Department of Justice